Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ Eastern District of Texas _____

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Dispute Solutions, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   7 5 – 2 6 8 9 9 4 3

**4. Debtor's address**

Principal place of business

2545 Persimmon
Number      Street

Little Elm, TX 75068
City      State  ZIP Code

Denton
County

Mailing address, if different from principal place of business

Number      Street

City      State  ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City      State  ZIP Code

**5. Debtor's website (URL)**   https://www.dsi-adr.com/

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **1**

Debtor  Dispute Solutions, Inc.  Case number *(if known)*
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  5  4  1  6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                              MM / DD / YYYY
           District _____  When _____  Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                              MM / DD / YYYY
           Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   **Dispute Solutions, Inc.**                                              Case number *(if known)*
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>City                     State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name    _____<br>         Phone           _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99    ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million ☐ More than $50 billion |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   Dispute Solutions, Inc.                                           Case number *(if known)*
         Name

| 16. Estimated liabilities | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/02/2024
              MM/ DD/ YYYY

X   /s/ Kelly Dykes                                        Kelly Dykes
Signature of authorized representative of debtor           Printed name

Title        President

**18. Signature of attorney**

X   /s/ Christopher J. Moser            Date   02/02/2024
Signature of attorney for debtor               MM/ DD/ YYYY

Christopher J. Moser
Printed name

Quilling, Selander, Lownds, Winslett & Moser, P.C.
Firm name

2001 Bryan Street 1800
Number    Street

Dallas                          TX              75201
City                            State           ZIP Code

(214) 871-2100                  cmoser@qslwm.com
Contact phone                   Email address

14572500                        TX
Bar number                      State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Dispute Solutions, Inc.**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    02/02/2024    Signature    /s/ Kelly Dykes
　　　　　　　　　　　　　　　　　　　　Kelly Dykes, President

Amaro Law Firm
Attn: R. James Amaro
2500 E. TC Jester, Ste. 525
Houston, TX 77008

Bana
PO Box 79290
Saginaw, TX 76179

Bennett Injury Law
Attn: Charles Bennett
12770 Coit Road, Ste. 720
Dallas, TX 75251

Capstone
912 S. Capital of Texas Hwy., Suite 220
Austin, TX 78746

Chamblee Ryan
2777 N. Stemmons Frwy., Suite 1257
Dallas, TX 75207

Don T. O'Bannon
325 N. St. Paul St., Ste. 2250
Dallas, TX 75201

Essential Corporate Solutions, Inc.
PO Box 1063
Caddo Mills, TX 75135

Gauntt Earl Binney & Kidd
25700 I-45 North, Suite 130
Spring, TX 77386

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KRCL
5151 San Felipe St., Suite 800
Houston, TX 77056

M&M Merchandisers
1923 Bomar Ave.
Fort Worth, TX 76103

Matthew Koziol
c/o: Charles Bennett
12770 Coit Road, Ste. 720
Dallas, TX 75251

Nichole Harvey
c/o Don T. O'Bannon
325 N. St. Paul St., Ste. 2250
Dallas, TX 75201

Office of the U.S. Trustee
110 N. College Ave., Ste. 300
Tyler, TX 75702

Southwest LTC
Meadow View Assisted Living
2815 Medlin Drive
Arlington, TX 76015

Southwest LTC
Avalon Place-Kirbyville
700 N. Herndon
Kirbyville, TX 75956

Southwest LTC
Heritage House of Marshall Health & Reha
5915 Elysian Fields Road
Marshall, TX 75672

Southwest LTC
Cedar Hill Healthcare Center
230 S. Clark Road
Cedar Hill, TX 75104

Southwest LTC
Reunion Plaza Healthcare & Rehab
1401 Rice Road
Tyler, TX 75703

Southwest LTC
Temple Manor Nursing Home
100 Green Avenue
Temple, OK 73568

Southwest LTC
Tuttle Care Center
104 SE 4th Street
Tuttle, OK 73089

Southwest LTC
Willow Park Healthcare Center
7019 NW Cache Road
Lawton, OK 73505

Southwest LTC
Heritage at Brandon Place
13500 Brandon Place
Oklahoma City, OK 73142

Southwest LTC
Northwest Nursing Center
2801 NW 61st Street
Oklahoma City, OK 73112

Southwest LTC
Colonial Gardens of Austin A-1
3700 Adelphi Lane
Austin, TX 78727

Southwest LTC
Colonial Gardens of Austin A-2
3706 Adelphi Lane
Austin, TX 78727

Southwest LTC
Colonial Gardens of Fort Worth FW-1
6939 River Park Circle
Fort Worth, TX 76116

Southwest LTC
Colonial Gardens of Fort Worth FW-2
6931 River Park Circle
Fort Worth, TX 76116

Southwest LTC
Colonial Gardens of San Antonio SA-1
20 Lynn Batts Lane
San Antonio, TX 78218

Southwest LTC
Colonial Gardens of San Antonio SA-2
10 Lynn Batts Lane
San Antonio, TX 78218

Southwest LTC
Legacy at Town Creek
2212 W. Reagan Street
Palestine, TX 75801

Southwest LTC
Legacy at Jacksonville
810 Bellaire
Jacksonville, TX 75766

Southwest LTC
Legacy Rehabilitation & Healthcare
3300 West 2nd Avenue
Corsicana, TX 75110

Southwest LTC
The Village at Heritage Oaks
3002 West 2nd Avenue
Corsicana, TX 75110

Southwest LTC
The Village at Heritage Oaks
3004 West 2nd Avenue
Corsicana, TX 75110

Southwest LTC
Pecan Tree Rehabilitation & Healthcare
1900 E. California Street
Gainesville, TX 76240

Southwest LTC
Hobart Nursing & Rehabilitation
709 N. Lowe Street
Hobart, OK 73651

Techstar Molding
1511 Genoa Red Bluff Rd.
Pasadena, TX 77504